Lindell T. Crump, Plaintiff-Appellee, v. Fred Gill, Defendant-Appellant.

Gen. No. 62–M–10.

Fourth District.
September 22, 1962.

Zeno Middleton, of Belleville, for appellant; Henry A. Schwarz, of Belleville, for appellee. Opinion by JUDGE CULBERTSON. Not to be published in full.